Andrew W. Stavros (8615)
Andrew Fox (16050)
**STAVROS LAW P.C.**
8915 South 700 East, Suite 202
Sandy, Utah 84070
Tel: (801) 758-7604
Fax: (801) 893-3573
andy@stavroslaw.com
fox@stavroslaw.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **BRANDI SCHAFFRAN-WEBB, a.k.a. BRANDI GARD-WEBB**, an individual<br><br>Plaintiff,<br><br>v.<br><br>**SENTRY FINANCIAL CORPORATION**, a Utah corporation<br><br>Defendant. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No.: 2:20-cv-00560-DBB-CMR<br><br>Judge David Barlow<br>Magistrate Judge Cecilia M. Romero |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate and jointly move the Court for an order dismissing this lawsuit with prejudice, each party to bear its/her own attorney fees and costs.

A proposed Order of Dismissal with Prejudice, which has been approved as to form, is filed concurrently herewith, and will be emailed to chambers.

DATED this 2nd day of July, 2021.

                                        **/s/    Andrew W. Stavros**

        Andrew W. Stavros
        STAVROS LAW P.C.
*Attorneys for Plaintiff*

DATED this 7th day of July, 2021.

        **/s/    Cheylynn Hayman**
        Cheylynn Hayman
        PARR BROWN GEE & LOVELESS
        *Attorneys for Defendant*
        *(signed by filing attorney with consent of counsel for Defendants)*

## CERTIFICATE OF SERVICE

I certify that on this 7th day of July, 2021 I filed the foregoing STIPULATED MOTION TO DIMISS WITH PREJUDICE and PROPOSED ORDER OF DISMISSAL WITH PREJUDICE with the Court using the Court's electronic filing system, which sent notice to the following individuals:

Stephen E. W. Hale (5285)
Cheylynn Hayman (9793)
Victoria R. Luman (16092)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Salt Lake City, UT 84145-0385

        **/s/    Andrew W. Stavros**